UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

**PACKAGING CORP OF AMERICA**          **CASE NO. 2:23-CV-01101**

**VERSUS**                              **JUDGE JAMES D. CAIN, JR.**

**HEAVY MACHINES L L C ET AL**         **MAGISTRATE JUDGE LEBLANC**

**JUDGMENT**

Before the court is a Report and Recommendation [Doc. 70] of the Magistrate Judge, recommending that the Motion for Leave to File Second Supplemental and Amending Petition for Damages [doc. 37] be granted.

The Report and Recommendation of the Magistrate Judge having been considered, and determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that Plaintiff's Motion for Leave to File Second Supplemental and Amending Petition for Damages [doc. 37] be **GRANTED**. Because the amendment adds the non-diverse party USSC Acquisition Corp.,

**IT IS FURTHER ORDERED** that this matter be **REMANDED** to state court for lack of subject matter jurisdiction.

**THUS DONE AND SIGNED** in Chambers on this 30th day of September, 2024.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**